AUSA: Terrence Haugabook  Telephone: (313) 226-9157
AO 91 (Rev. 11/11)  Criminal Complaint    Special Agent: Justin K. Henry, ATF  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kenneth Rimmer

Case No.

Case: 2:25−mj−30620
Assigned To : Unassigned
Assign. Date : 10/1/2025
Description: RE: KENNETH RIMMER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 24, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin K. Henry, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 1, 2025__

_____
Judge's signature

City and state: __Detroit, MI__    Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Justin K. Henry, being first duly sworn, hereby depose and state the following:

### INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice since May 2014. I am currently assigned to Detroit Group VII, investigating various federal firearm violations. Prior to being employed as a Special Agent, I was a Police Officer with the Wayne State University Police Department (WSUPD), for over six (6) years. During that time, I was assigned to an ATF Task Force and assigned with the Wayne County Sheriff's Office Narcotics Enforcement Task Force (WCSONE). I am a graduate of the ATF Special Agent Basic Training Program and of the Oakland County Community College Police Academy. I have also earned a Master of Arts Degree in Criminal Justice from Wayne State University. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking violations and criminal street gangs.  I have also investigated violations of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

1

2. I make this affidavit from personal knowledge based on my participation in this investigation, as well as information received from other law enforcement officials and/or their reports and records. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation. As set forth below, probable cause exists that Kenneth RIMMER (DOB 11/xx/1979) violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about September 24, 2025, in the Eastern District of Michigan.

## PROBABLE CAUSE

3. On September 24, 2025, Detroit Police Department Police (DPD) Officers William Oman and Brandon Rushton were dispatched to 9963 Gratiot to assist the Michigan Department of Corrections (MDOC) Absconder Recovery Unit (ARU) in making an arrest on a parole violator. Upon arrival to the location, MDOC Investigator Terry Owens advised their unit was conducting surveillance on Kenneth RIMMER, due to a parole violation. MDOC Investigator Owens further advised Investigators followed RIMMER inside of the location and advised RIMMER to place his hands behind his back while RIMMER was secured with hand restraints. Upon securing him with restraints, Investigator Owens began to conduct a pat

down of RIMMER and RIMMER began to reach for his right side. MDOC Agents proceeded to deploy a taser on Kenneth Rimmer, which ultimately took effect. MDOC Agents then recovered one (1) North American Arms, Model: NAA22, serial number: B36009, .22 caliber revolver, loaded with one (1) .22 caliber round of ammunition inside his pocket.

4. Kenneth Rimmer was turned over to DPD, whereby he was cleared by medics and transported to the Detroit Detention Center.

5. On September 26, 2025, I reviewed a National Crime Information Center (NCIC) computer printout regarding Kenneth RIMMER's computerized criminal history (CCH). The CCH revealed the following convictions:

- 2006 – Felony – Controlled Substance – 3rd Circuit Court.

- 2009 – Felony – Felon in Possession of a Firearm – 3rd Circuit Court.

- 2010 – Felony – Home Invasion - 1st Degree – 3rd Circuit Court. Sentenced to 3 years to 20 years in the Michigan Department of Corrections.

- 2020 – Felony – Felon in Possession of a Firearm (2 counts) – 3rd Circuit Court.

6.      ATF Special Agent and Interstate Nexus Expert Michael Jacobs was verbally given a description of the recovered North American Arms, Model: NAA22, .22 caliber revolver and determined that as described, it is a "firearm" as defined under 18 U.S.C. § 921, and it was manufactured outside the State of Michigan after 1898. Therefore, the firearm had traveled in and affected interstate commerce.

## CONCLUSION

7.      Probable cause exists to believe that on September 24, 2025, Kenneth RIMMER, having been previously convicted of at least one felony, and having previously served time in the Michigan Department of Corrections, knew he had a prior felony conviction, and did knowingly and intentionally possess a firearm that had previously traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted

_____
Justin K. Henry, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: __October 1, 2025_____

4